IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052-6399

    Plaintiff

v.       Case AMD 00 CV 843

**Opal Technologies, Inc.**
9515 Gerwig lane, Suite 114
Columbia, Maryland 21227

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION TO EXTEND ANSWER TIME

Plaintiff and defendant, by their respective undersigned counsel, hereby stipulate and request that the Court order that the time in which the defendant may answer or otherwise respond to the complaint in this case is extended to and including May 26, 2000.

_____
James R. Weiss, Bar No. 04947
Elizabeth W. Fleming, DC Bar No. 464727
Brian K. McCalmon
Preston Gates Ellis & Rouvelas Meeds, LLP
Suite 500
1735 New York Avenue, N.W.
Washington, D.C. 20006
(202) 628-1700

Attorneys for plaintiff

_____
Gerard J. Gaeng #04970
Rosenberg Proutt Funk & Greenberg, LLP
2115 Allfirst Building
25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for defendant

APPROVED:

Date: _April 17, 2000_

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _14th_ day of _April_, 2000, a copy of the foregoing joint stipulation to extend answer time was mailed, first class, postage prepaid, to James. R Weiss, Esquire, Elizabeth W. Fleming, Esquire, and Brian K. McCalmon, Preston Gates Ellis & Rouvelas Meeds, LLP, Suite 500, 1735 New York Avenue, N.W., Washington, D.C., attorneys for plaintiff.

_____
Gerard J. Gaeng