IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MICROSOFT CORPORATION**           *

    Plaintiff                              *

v.                                               *      Case AMD 00 CV 843

**Opal Technologies, Inc.**            *

    Defendant                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION TO EXTEND ANSWER TIME

Plaintiff and defendant, by their respective undersigned counsel, hereby stipulate and request that the Court order that the time in which the defendant may answer or otherwise respond to the complaint in this case is extended to and including August 4, 2000.

_____
James R. Weiss, Bar No. 04947
Elizabeth W. Fleming, DC Bar No. 464727
Preston Gates Ellis & Rouvelas Meeds, LLP
Suite 500
1735 New York Avenue, N.W.
Washington, D.C. 20006
(202) 628-1700

Attorneys for plaintiff

_____
Gerard J. Gaeng #04970
Rosenberg Proutt Funk & Greenberg, LLP
2115 Allfirst Building
25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for defendant

APPROVED:

Date: July 18, 2000

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2000, a copy of the foregoing joint stipulation to extend answer time was mailed, first class, postage prepaid, to James. R Weiss, Esquire, and Elizabeth W. Fleming, Esquire, Preston Gates Ellis & Rouvelas Meeds, LLP, Suite 500, 1735 New York Avenue, N.W., Washington, D.C., attorneys for plaintiff.

_____
Gerard J. Gaeng