IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICROSOFT CORPORATION,<br>One Microsoft Way<br>Redmond, WA 98052-6399<br><br>                  Plaintiff,<br><br>   v.<br><br>OPAL TECHNOLOGIES, INC. a Pennsylvania<br>corporation,<br>9515 Gerwig Lane, Suite 114<br>Columbia, Maryland 21227<br>(Howard County)<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. AMD 00 CV 843<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 101.1(b) of this Court, Brian K. McCalmon, Esquire a member of the Bar of this court, moves the admission of Daniel A. Silien, Esquire to appear pro hac vice in the captioned proceeding as counsel for Microsoft Corporation.

Movant and the proposed admittee certify as follow:

1) The proposed admittee is a member in good standing of the Bars of the State of New York and the District of Columbia and the following United States Courts: the United States Court of Federal Claims and the Southern District of New York.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court 0 times.

3) The Proposed admittee has never been disbarred, suspended, or denied admission to practice.

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceeding will be the undersigned or James Weiss, Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Brian K. McCalmon, Esq. | Daniel A. Silien, Esq. |
| Preston Gates Ellis & Rouvelas Meeds LLP | Preston Gates Ellis & Rouvelas Meeds LLP |
| 1735 New York Ave., NW  Ste. 500 | 1735 New York Ave., NW  Ste. 500 |
| Washington, D.C. 20006 | Washington, D.C. 20006 |
| Phone: (202) 628-1700 | Phone: (202) 628-1700 |
| Fax: (202) 331-1024 | Fax: (202) 331-1024 |
| Maryland District Court Bar No. 14737 | |

**ORDER**

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

Motion _____ DENIED

___8/24/2000___                    ___*[signature]*___
Dated                              Judge, U.S. District Court