# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | **ORIGINAL** |
| v. | ) | |
| | ) | |
| OPAL TECHNOLOGIES, INC. | ) | |
| | ) | Case No. AMD 00 CV 843 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO FILE AN AMENDED COMPLAINT

Plaintiff Microsoft Corporation ("Microsoft"), by its attorneys, submits this motion to allow the filing of an amended Complaint in this action to amend state referred to on page 9, paragraph 31 from Missouri to Maryland.[1]

Counsel for defendant Opal Technologies, Inc. has indicated consent to this request as stated above. Defendant's counsel has also agreed that such amendment does not extend any deadlines in this matter.

GRANTED
8/28/2000 [signature]

---

[1] The proposed Amended Complaint is attached as Exhibit 1; documents complying with Local Rule 6(c) are attached at Exhibit 2.

