IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MICROSOFT CORPORATION** | * |
|     Plaintiff | * |
| v. | *    Case AMD 00 CV 843 |
| **OPAL TECHNOLOGIES, INC.** | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | |
|---|---|
| **OPAL TECHNOLOGIES, INC.** | * |
|     Third-Party Plaintiff | * |
| v. | * |
| **ECHO COMMUNICATIONS, INC.** | * |
|     Third-Party Defendant | * |

\*   \*   \*   \*   \*   \*   \*\*\*\*\*\*\*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Third-party plaintiff Opal Technologies, Inc., by its undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby voluntarily dismisses, without prejudice, the above referenced action against third-party defendant Echo Communications, Inc. ("Echo"). Echo has not been served in this matter.

APPROVED
(signature)
8/30/2000

Gerard J. Gaeng #04970
Lee S. Kaminetz #26085
ROSENBERG PROUTT FUNK & GREENBERG, LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, Maryland 21201

**Attorneys for Opal Technologies, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2000, a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was mailed, first class, postage prepaid to:

>James R. Weiss, Esquire
>Elizabeth W. Fleming, Esquire
>Daniel A. Silien, Esquire
>Preston Gates Ellis & Rouvelas Meeds LLP
>Suite 500
>1735 New York Avenue, N.W.
>Washington, D.C. 20006
>
>Attorneys for Microsoft Corporation

_____
Gerard J. Gaeng