IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **MICROSOFT CORPORATION** | * | |
| Plaintiff | * | |
| v. | * | Case AMD 00 CV 843 |
| **OPAL TECHNOLOGIES, INC.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \*\*\*\*\*\*\* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Opal Technologies, Inc.'s ("Opal"), motion to file third-party complaint, and the representation that Plaintiff consents thereto, it is this 14th day of Sept, 2000

**ORDERED** that Opal's motion to file third-party complaint be and hereby is **GRANTED**; and it is further

**ORDERED** that Opal's third-party complaint is timely filed with the Court.

_____
Judge – United States District Court for the District of Maryland

135168.01

