IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROSOFT CORPORATION,
    Plaintiff

v.      Civil Action No. AMD 00-843

OPAL TECHNOLOGIES, INC.,
    Defendant

..oOo..

## ORDER

The motion by plaintiff to strike the twentieth affirmative defense ("the antitrust defense") and defendant's opposition thereto have been read and considered. I agree with plaintiff that to permit defendant to expand this straightforward copyright/trademark infringement case into a boundless exploration of potential antitrust violations is unwarranted. I further agree with plaintiff that the antitrust defense is not an appropriate vehicle for the invocation of the "unclean hands" doctrine.

Accordingly, it is this 11th day of October, 2000, by the United States District Court for the District of Maryland, ORDERED

(1)    That the motion to strike is GRANTED; and it is further ORDERED

(2)    That defendant may replead its twentieth defense, setting forth a short and plain statement of the facts underlying that defense, on or before October 31, 2000; and it is further ORDERED

(3)    That the Clerk shall transmit a copy of this Order to all counsel.

_____
ANDRE M. DAVIS
United States District Judge

