IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **MICROSOFT CORPORATION** | * | |
| Plaintiff | * | |
| v. | * | Case AMD 00 CV 843 |
| **OPAL TECHNOLOGIES, INC.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \*\*\*\*\*\*\* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the parties' joint motion to amend the court's July 31, 2000 Scheduling Order, it is this 1ST day of Dec, 2000

**ORDERED** that parties' joint motion to amend the court's July 31, 2000 Scheduling Order in the above-captioned matter be and hereby is **GRANTED**; and it is further

**ORDERED** that the discovery deadline in this matter is hereby extended to February 13, 2000; and it is further

**ORDERED** that the deadline for requests for admission is hereby extended to February 20, 2000; and it is further

**ORDERED** that the dispositive pretrial motions deadline is hereby extended to March 12, 2001.

_____
Andre M. Davis
United States District Court Judge