IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROSOFT CORPORATION, )
                      )
      Plaintiff,      )
                      )
v.                    )
                      )
OPAL TECHNOLOGIES, INC. )    Case No. AMD 00 CV 843
                      )
                      )
      Defendant.      )
                      )

## JOINT MOTION FOR ENTRY OF
## STIPULATED PROTECTIVE ORDER

COMES NOW Plaintiff, Microsoft Corporation, through counsel, and Defendant, Opal Technologies, Inc., through counsel, hereby jointly request that the Court enter the attached Stipulated Protective Order in the above-captioned matter.

DATED: December 5, 2000

Respectfully Submitted,

PRESTON GATES ELLIS
& ROUVELAS MEEDS LLP

By _[signature]_
James R. Weiss, Bar No. 07947 (admitted 1990)
Elizabeth W. Fleming, Bar No. 14738
Brian K. McCalmon
1735 New York Avenue, N.W., Suite 500
Washington, D.C. 20006
(202) 628-1700

ATTORNEYS FOR PLAINTIFF

ROSENBERG PROUTT FUNK
& GREENBERG, LLP

By: _[signature]_
Gerard J. Gaeng
2115 First Maryland Building
25 South Charles Street
Baltimore, Maryland 21201
ATTORNEYS FOR DEFENDANTS

SO ORDERED;

DATED: 12/7, 2000

_[signature]_
The Honorable Andre M. Davis
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of December, 2000, a true copy of the foregoing Joint Motion For Entry Of Stipulated Protective Order and Stipulated Protective Order has been served by hand to the following counsel of record for Opal Technologies, Inc.:

_____
Elizabeth W. Fleming

Gerard J. Gaeng, Esq.
Rosenberg Proutt Funk
Greenberg, LLP
2115 First Maryland Building
25 South Charles Street
Baltimore, Maryland 21201