IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROSOFT CORPORATION,            )
                                  )
                  Plaintiff,      )
                                  )
v.                                )   Case No. AMD 00 CV 843
                                  )
OPAL TECHNOLOGIES, INC.           )
                                  )
                                  )
                  Defendant.      )
_____)

### ~~(PROPOSED)~~ ORDER

Having considered the materials submitted with respect to Plaintiff's Motion to the Court hereby grants Plaintiff's Motion to Allow Filing of Amended Complaint which adds defendants James Schwab, an individual, and Robert Miller, Jr., an individual (collectively known as the "new Defendants"), to the complaint.

DATED: 1/9/2001

_____
Honorable Andre M. Davis
UNITED STATES DISTRICT JUDGE