IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROSOFT CORPORATION, )
)
        Plaintiff, )
)
v. )  Case No. AMD 00 CV 843
)
OPAL TECHNOLOGIES, INC. )
)
        Defendant. )
)

## (PROPOSED) ORDER

GOOD CAUSE having been shown by the parties' Joint Motion to Extend the Filing Deadline, it is hereby ORDERED that the following deadline shall be in effect:

Response to Motion to Compel          January 19, 2001

**SO ORDERED.**

DATED: 1/9/2001

_____
Honorable Andre M. Davis
UNITED STATES DISTRICT JUDGE