# ROSENBERG PROUTT FUNK & GREENBERG, LLP

ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

2115 ALLFIRST BUILDING

25 SOUTH CHARLES STREET

BALTIMORE, MARYLAND 21201

(410) 727-6600

FACSIMILE: (410) 727-1115

GERARD J. GAENG

E-MAIL: gerry@rpfg.com

February 26, 2001

RECEIVED IN THE OFFICE OF
ANDRE M. DAVIS

FEB 28 2001

UNITED STATES DISTRICT JUDGE

**VIA HAND DELIVERY**

The Honorable Andre M. Davis
United States District Court
   for the District of Maryland
   (Northern Division)
Garmatz Federal Courthouse
101 W. Lombard Street
5th Floor, Room 520
Baltimore, Maryland 21201

FILED
LODGED     ENTERED
    RECEIVED

FEB 2 8 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____
            DEPUTY

      RE:   *Microsoft Corporation v. Opal Technologies, Inc.*
            Case No. AMD 00 CV 843

Dear Judge Davis :

      As Your Honor may recall, we are counsel for the defendants in the referenced litigation. I write on behalf of the defendants, and also on behalf of counsel for plaintiff Microsoft Corporation, to request a small modification of the schedule in order to facilitate a potential settlement.

      The parties recently submitted a status report to the Court dated February 13, 2001. Under the current schedule in this case, dispositive pre-trial motions are due to be filed on March 12, 2001.

      With discovery nearly complete, the parties would like to spend the next few weeks attempting to resolve this case by settlement. To permit them to focus on that task, all parties request that the Court extend for three weeks the deadline for filing dispositive pre-trial motions and the deadlines for filing papers in connection with motions that are now pending.



The Honorable Andre M. Davis
February 26, 2001
Page Two

We appreciate the Court's consideration of this request, and we would be pleased to submit something more formal if the Court so desires.

Sincerely,

Gerard J. Gaeng

SO ORDERED this ____ day of _____, 2001

Andre M. Davis
United States District Judge

GJG:mkm
0141665.01
cc:    Elizabeth W. Fleming, Esquire (via facsimile (202) 331-1024 ) and regular mail