## ROSENBERG PROUTT FUNK & GREENBERG, LLP

**ATTORNEYS AT LAW**

A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

2115 ALLFIRST BUILDING
25 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201

———

(410) 727-6600

———

FACSIMILE: (410) 727-1115

GERARD J GAENG
E-MAIL: gerry@rpfg.com

March 19, 2001

**VIA HAND DELIVERY**

The Honorable Andre M. Davis
United States District Court
  for the District of Maryland
  (Northern Division)
Garmatz Federal Courthouse
101 W. Lombard Street
5th Floor, Room 520
Baltimore, Maryland  21201

        RE:    *Microsoft Corporation v. Opal Technologies, Inc.*
              <u>Case No. AMD 00 CV 843</u>

Dear Judge Davis :

        We are counsel for the defendants in the referenced litigation.  I write at this time on behalf of both the defendants and counsel for plaintiff Microsoft Corporation.

        We wrote to Your Honor on February 26, 2001 requesting an extension of certain deadlines in the Court's schedule so that the parties could engage in meaningful settlement discussions.  Your Honor granted that request by marginal order dated February 28, 2001.

        The parties have put the intervening period to good use and have reached an agreement in principle to resolve this case.  As of this writing, counsel for both sides are attempting to clarify and document the parties' agreement and prepare a consent order for submission to the Court.

        In order to complete this process, plaintiff and defendants jointly request that all pending deadlines be extended an additional two weeks.



The Honorable Andre M. Davis
March 19, 2001
Page Two

We appreciate the Court's consideration in this matter.

Sincerely,

Gerard J. Gaeng

SO ORDERED this _22_ day of _March_, 2001

Andre M. Davis
United States District Judge

GJG:mkm
0142613.01
cc:   Elizabeth W. Fleming, Esquire (via facsimile (202) 331-1024 ) and regular mail