IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

MICROSOFT CORPORATION,

    Plaintif,

v.

OPAL TECHNOLOGIES, INC.,

    Defendant.

Civil Action No. AMD 00 CV 843

### STIPULATION FOR DISMISSAL WITH PREJUDICE OF OPAL TECHNOLOGIES, INC., A PENNSYLVANIA CORPORATION; ROBERT MILLER, JR., AN INDIVIDUAL; AND JAMES SCHWAB, AN INDIVIDUAL; ORDER THEREON

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft"), and Defendants Opal Technologies, Inc., a Pennsylvania corporation ("Opal"), Robert Miller, Jr., an individual, and James Schwab, an individual (collectively, "Defendants") have settled the above-captioned matter;

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Opal and its officers, directors and principals; and

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, the Settlement Agreement and Release between Microsoft and Defendants.



**IT IS SO STIPULATED.**

DATED: _____, 2001

PRESTON GATES ELLIS
& ROUVELAS MEEDS LLP

By: Elizabeth W. Fleming
Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: April 3, 2001

ROSENBERG PROUTT FUNK
& GREENBERG, LLP

By: Gerard J. Gaeng
Attorneys for Defendants
OPAL TECHNOLOGIES, INC., ROBERT
MILLER, JR., AND JAMES SCHWAB

**ORDER**

Good Cause appearing therefore, **IT IS ORDERED THAT**:

Opal Technologies, Inc., a Pennsylvania corporation; Robert Miller, Jr., an individual, and James Schwab, an individual, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, and the Settlement Agreement and Release between Microsoft and Defendants.

Dated: 4/6/2001

_____
Andre M. Davis
UNITED STATES DISTRICT COURT JUDGE